UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY PREVOST,

    Plaintiff,

vs.                                CASE NO.:

JT'S CUSTOM POOLS, INC.,
a Florida Profit Corporation, and
JASON L. TARI, Individually,

    Defendants.
_____/

## COMPLAINT

Plaintiff, ANTHONY PREVOST, by and through his undersigned counsel, sues the Defendants, JT'S CUSTOM POOLS, INC., a Florida Profit Corporation, and JASON L. TARI, Individually, and alleges as follows:

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq.

2. Venue lies within United States District Court for the Middle District of Florida, Fort Myers Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

1

## PARTIES

3. Plaintiff, ANTHONY PREVOST, is a resident of Charlotte County, Florida at all times material and worked for Defendant in this Judicial District during the applicable statute of limitations.

4. Defendant, JT'S CUSTOM POOLS, INC., is a Florida Profit Corporation authorized and doing business in this Judicial District.

5. At all times material hereto Defendant, JASON L. TARI, Individually, was an officer of the Defendant Corporation and had direct responsibility and control over the compensation paid to employees of the organization.

6. Defendants are an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s)(l)(A).

7. Plaintiff was an employee of Defendants pursuant to 29 U.S.C. § 203(e)(l), Defendants were Plaintiff's employer within the meaning of 29 U.S.C. § 203(d), and Defendants employed Plaintiff within the meaning of 29 U.S.C. § 203(g).

## FACTUAL ALLEGATIONS

8. Plaintiff, ANTHONY PREVOST, was employed with Defendants from approximately 2015 to November 15, 2021, most recently in the position of Head Prep earning approximately $19.50 per hour.

9. As Head Prep, Plaintiff worked in excess of 40 hours per work week for which he was not compensated by Defendants at a rate of time and one half his regular hourly rate. Specifically, PC worked approximately 65 hours a week, but was not compensated for any of this work at the rate of one and a half times his regular rate of pay.

## COUNT I
### (Fair Labor Standard Act - Overtime)

10. Plaintiff realleges paragraphs 1 through 9 as though set forth fully herein.

11. The employment of Plaintiff provided for a forty (40) hour work week but throughout his respective employment Plaintiff was required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

12. At all times material, Defendants failed to comply with 29 U.S.C. § 201 et seq., in that Plaintiff worked for Defendants in excess of the maximum hours provided by law, but no provision was made by Defendants to compensate Plaintiff at the rate of time and one-half his regular rate of pay for the hours worked over forty (40) in a work week.

13. Defendants' failure to pay Plaintiff the required overtime pay was intentional and willful.

14. As a direct and legal consequence of Defendants' unlawful acts,

Plaintiff has suffered damages and has incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

WHEREFORE, Plaintiff, ANTHONY PREVOST, respectfully request all legal and equitable relief allowed by law including judgment against Defendants, JT'S CUSTOM POOLS, INC. and JASON L. TARI, Individually, for overtime compensation, liquidated damages, prejudgment interest; payment of reasonable attorneys' fees and costs incurred in the prosecution of this claim and equitable relief declaring and mandating the cessation of Defendants' unlawful pay policy and such other relief as the court may deem just and proper.

### COUNT II
### (Fair Labor Standard Act - Retaliation)

15. Plaintiff realleges paragraphs 1 through 9 as though set forth fully herein.

16. Plaintiff, ANTHONY PREVOST, was terminated as a direct result of, and in retaliation for, his reporting and opposing the above-described unlawful conduct.

17. The above-described actions of Defendants constitute a violation of the Fair Labor Standard Act, 29 U.S.C. § 215.

18. As a result of the retaliatory actions of Defendants, Plaintiff has suffered damages including lost wages, benefits, and other remuneration, emotional distress and humiliation. These losses are permanent or intermittent

and will continue into the future.

19. As a result of Defendants' unlawful acts against Plaintiff, he has and will continue to incur attorney's fees and costs.

WHEREFORE, Plaintiff, ANTHONY PREVOST, demands a trial by jury against Defendants, JT'S CUSTOM POOLS, INC. and JASON L. TARI, Individually, for compensatory damages, lost wages and benefits, prejudgment interest, liquidated damages, attorney's fees and costs, and any other damages allowable by law.

## DEMAND FOR JURY TRIAL

20. Plaintiff requests a jury trial on all issues so triable.

Dated this 23rd day of November, 2021.

**FLORIN, GRAY, BOUZAS, OWENS, LLC**
*/s/ Scott L. Terry*
SCOTT L. TERRY, ESQUIRE
Florida Bar No.: 77105
sterry@fgbolaw.com
Secondary: gina@fgbolaw.com
WOLFGANG M. FLORIN, ESQUIRE
wolfgang@fgbolaw.com
Florida Bar No.: 907804
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942
*Attorneys for Plaintiff*